STUART A. BURNS
Court of Tennessee
Nov ber 20, 2012
13:11:24

*Kevin H. Sharp*

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| Larry Bates, | ) | |
|---|---|---|
| | ) | |
| | ) | |
| Vs. | ) | |
| | ) | NO 2:12cv78 |
| Mayor and Alderman of Monterey, | ) | |
| Tennessee | ) | Judge Sharp |
| | ) | |
| | ) | Magistrate Judge Bryant |

## MOTION TO CONTINUE SETTING OF INITIAL CASE MANAGEMENT CONFERENCE

Comes now the Respondent, Mayor and Alderman of Monterey, Tennessee by and through counsel, Randal R. Boston, 60 N. Main Street, Crossville, TN 38557 would respectfully ask this Honorable Court for an continuance in this matter for the following reasons

1. The matter is currently set for the initial case management conference on October 1, 2012 at 9:45 a.m.

2. That counsel for the Respondent is scheduled to be out of State on that date to return on or about October 4, 2012.

*3.* That counsel for Larry Bates, Cynthia Wilson, *Esquire* does not oppose this continuance.

4. That this matter be continued to allow the counsel to travel out of State.

5. That the matter be continued and reset by this Honorable Court.

For the foregoing reasons, counsel would ask for a continuance for the initial case management conference scheduled October 1, 2012 at 9:45 a.m. in this matter.

Respectfully submitted this the __28__ day of September, 2012.