UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ORDER:
Motion granted.
John Bryant,
USMJ

| | | |
|---|---|---|
| LARRY BATES, | ) | |
| | ) | |
| PLAINTIFF, | ) | CASE NO. 2:12-cv-78 |
| | ) | |
| v. | ) | Judge Sharp |
| | ) | |
| MAYOR AND ALDERMEN OF | ) | Magistrate Judge Bryant |
| MONTEREY, TENNESSEE, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

MOTION TO RESCHEDULE TELEPHONE STATUS CONFERENCE

COMES NOW the Plaintiff and requests the Court to reschedule the telephone status conference for the following reasons:

1. A telephone status conference is set for Tuesday October 15, 2013, at 10:00 a.m.

2. Plaintiff's counsel will be unavailable on the scheduled date as she is on vacation from October 12th through October 20, 2013.

3. Plaintiff's counsel has confirmed with Judge Bryant's chambers that an alternative available date and time are Monday, October 21, 2011, at 10:00 a.m. via telephone.

4. Defendant does not object to the rescheduling of the conference call on the above date and time.

Respectfully submitted,

/s/ Cynthia A. Wilson
Cynthia A. Wilson, Esq., No. (#13145)
MADEWELL, JARED, HALFACRE, WILLIAMS & WILSON
Attorneys for Plaintiff
230 North Washington Avenue
Cookeville, Tennessee 38501
931-526-6101
caw1@citlink.net