UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

```
LARRY BATES,                      )
                                  )
        Plaintiff,                )
                                  )   NO. 2:12-0078
v.                                )   JUDGE SHARP
                                  )
MAYOR AND ALDERMEN OF             )
MONTEREY, TENNESSEE,              )
                                  )
        Defendants.               )
```

### O R D E R

This case is set to begin trial on November 19, 2013, at 9:00 a.m., with a final pretrial conference to be held on November 4, 2013, at 2:30 p.m. before the District Judge. It appears that all deadlines have now passed in this matter. Therefore, the Clerk is **directed** to forward the file to the District Judge. Unless otherwise directed by the District Judge, there appear to be no further proceedings to be conducted before the Magistrate Judge.

It is so **ORDERED**.

*s/ John S. Bryant*
_____
JOHN S. BRYANT
United States Magistrate Judge