UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| LARRY BATES, | ) | |
| | ) | |
| PLAINTIFF, | ) | CASE NO. 2:12-cv-78 |
| | ) | |
| v. | ) | Judge Sharp |
| | ) | |
| MAYOR AND ALDERMEN OF | ) | Magistrate Judge Bryant |
| MONTEREY, TENNESSEE, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

MOTION TO RESCHEDULE TIME OF PRE-TRIAL CONFERENCE

COMES NOW the plaintiff and requests the Court to reschedule the time of the pre-trial conference and in support states the following:

1. A pre-trial conference is set in the case *sub judice* for Monday November 4, 2013, at 2:30 p.m.

2. In *Kemmer v. Cumberland County Board of Education, U.S. District Court MD Tenn., Action No. 2:12-cv-0116,* plaintiff's counsel, Stephen Crofford is scheduled to take the deposition of plaintiff's expert witness for trial proof at 3:00 p.m., on November 4, 2013. In *Kemmer,* the expert witness deposition deadline is November 29, 2013. Counsel has not been able to coordinate an alternative date that is agreeable to plaintiff's expert witness and the parties prior to the expiration of expert deposition deadline for the deposition of plaintiff's expert witness.

4. Plaintiff's counsel, Cynthia A. Wilson in the case *sub judice* has confirmed with Judge Sharp's chambers that an alternative time for the pre-trial conference may be available earlier in the morning on the same date.

5. Defendant does not object to the rescheduling of the time of the pre-trial